# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL VAN DORP,<br><br>        Plaintiff,<br><br>        v.<br><br>INDIVIOR PLC, ET AL.,<br><br>        Defendants. | Case No. 2:19-CV-10792-ES-MAH<br><br>HON. ESTHER SALAS<br>HON. MICHAEL A. HAMMER<br><br>**STIPULATION AND ORDER**<br>**FOR EXTENSION OF TIME** |

WHEREAS, on or about April 23, 2019, Plaintiff Michael Van Dorp, individually and on behalf of all others similarly situated, and through his counsel, filed a putative Class Action Complaint for Violations of the Federal Securities Laws against Defendants Indivior PLC, Shaun Thaxter, Mark Crossley, and Cary J. Claiborne in the matter bearing Case No. 19-CV-10792-ES-MAH (the "Action");

WHEREAS, on or about April 23, 2019, pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 (the "PSLRA"), counsel published a notice to purported members of the class advising them of the pendency of the Action and their right to move this Court to serve as lead plaintiff not later than sixty (60) days after publication of the notice;

-2-

WHEREAS, on or about June 24, 2019, Plaintiff filed a motion to appoint Michael Van Dorp as Lead Plaintiff and to appoint The Rosen Law Firm, P.A. as Lead Counsel (the "Motion");

WHEREAS, on or about June 25, 2019, the Motion was set for August 5, 2019;

WHEREAS, no other individuals have filed a motion for appointment as Lead Plaintiff in the Action;

WHEREAS, Defendants presently intend to file a motion to dismiss the Action;

WHEREAS, Plaintiff intends to file an amended complaint if appointed as Lead Plaintiff;

WHEREAS, to avoid the unnecessary expenditure of effort by the parties and the Court, the undersigned parties have agreed, subject to the Court's approval, to extend the time for Defendants to answer, move to dismiss, or otherwise respond to the Complaint until such time as a Lead Plaintiff has been appointed and has either filed an amended complaint or designated the existing Complaint as the operative complaint in the Action;

WHEREAS, this is the first extension of Defendants' time to respond to the Complaint in this Action;

WHEREAS, Defendants have agreed to waive service subject to the terms of this Stipulation and Order and without waiving any other defenses to the Complaint;

WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties in this Action;

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. After the selection of a Lead Plaintiff, Plaintiffs will have sixty (60) days to file an amended complaint or to designate the existing pleading as the operative complaint;

2. Following Plaintiffs' filing of an amended complaint or designation of the existing complaint as operative, Defendants will have sixty (60) days to answer, move to dismiss, or otherwise respond to the operative complaint;

3. If Defendants file a motion to dismiss, Plaintiffs will have sixty (60) days to file any opposition; and

4. If Plaintiffs file an opposition to Defendants motion to dismiss, Defendants will have thirty (30) days to file any reply.

Dated: July 15, 2019            Respectfully submitted,

| | |
|---|---|
| THE ROSEN LAW FIRM, P.A. | COVINGTON & BURLING LLP |
| By: <u>s/ Laurence M. Rosen, Esq.</u> | By: <u>s/ Robert Haney, Esq.</u> |
| Laurence M. Rosen, Esq.<br>609 W. South Orange Avenue, Suite 2P<br>South Orange, NJ 07079<br>Tel.: (973) 313-1887<br>Fax: (973) 833-0399<br>Email: lrosen@rosenlegal.com | Robert Haney, Esq.<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel.: (212) 841-1000<br>Fax: (646) 441-9062<br>Email: bhaney@cov.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**IT IS SO ORDERED:**

Dated: _____            _____

                                                               U.S.D.J