# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL VAN DORP, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>INDIVIOR PLC, SHAUN THAXTER, MARK CROSSLEY, and CARY J. CLAIBORNE,<br><br>        Defendants. | Case No: 2:19-CV-10792-ES-MAH<br><br><br>**DECLARATION OF LAURENCE M. ROSEN** |

I, LAURENCE M. ROSEN, an attorney duly licensed to practice law before the United States District Court for the District of New Jersey, hereby declare:

1. I am a member of the Rosen Law Firm, which represents Plaintiffs in this action. I make this declaration in support of Plaintiffs Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of Indivior PLC's Code of Business Conduct, effective December 2014.

3. Attached hereto as Exhibit 2 is a true and correct copy of Indivior PLC's Q1 2019 Financial Results, dated May 2, 2019.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 28, 2020                    /s/ Laurence M. Rosen
                                           Laurence M. Rosen