# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CRIMINAL MINUTES – INITIAL APPEARANCE AND GUILTY PLEA HEARING
### FOR CRIMINAL INFORMATION

**Case No.:  1:20CR00027**                         **Date:  7/24/2020**

| | |
|---|---|
| **Defendant:  Indivior Solutions, Inc.** | **Counsel:  James R. Wooley, Thomas Beimers,** |
| **Corporate Representative:** | **James Loonam** |
| **Javier Rodriguez (Sworn)** | |

TIME IN COURT:  9:08 a. m – 10:06 a. m.  (58 minutes)

PRESENT:
- JUDGE: James P. Jones, USDJ
- Deputy Clerk: Lottie Lunsford
- Court Reporter: Donna Prather, OCR
- U. S. Attorney: Albert P. Mayer, Randy Ramseyer, Daniel Bubar, Matthew J. Lash, Gustav W. Eyler
- USPO: N/A
- Case Agent: N/A
- Interpreter: N/A

**PROCEEDINGS:**

All parties appearing via video conference.

Waiver of Indictment filed.

Felony Information filed.

Plea Agreement filed with court.

Initial Appearance.  Defendant advised of charges, rights and nature of proceedings.

Defendant arraigned as to Count One of Information

Defendant Corporate Representative placed under oath and advised of rights, and the nature and possible consequences of plea.

Court accepts plea of guilty but will defer acceptance of the plea agreement until a presentence report is prepared.

Government summarizes evidence to support plea and rests.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Ct. 1 Information | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

Court orders Presentence Report.

Counsel for government requests to hold the sentencing in this case with the sentencing scheduled in the case of USA v. Shaun Thaxter 1:20CR24. The clerk will check with counsel re: moving the sentencing in 1:20CR24 to the below date with this case if evidence is presented that involves both cases. Counsel to discuss evidence question.

Sentencing hearing scheduled for 10/20/2020 at 1:30  before James P. Jones, USDJ in Abingdon, Virginia