# EXHIBIT 7

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

## CRIMINAL MINUTES – INITIAL APPEARANCE AND GUILTY PLEA HEARING
## FOR CRIMINAL INFORMATION

**Case No.: 1:20CR00024**                                    **Date: 6/30/2020**

**Defendant: Shaun Thaxter / Appearing via VC**          **Counsel: Thomas R. Scott, Jr. / Retained**
                                                         **Sedwick Sollers; Mark Jensen / Retained**

TIME IN COURT: 1:33-2:14 p. m. (41 minutes)
PRESENT:    JUDGE:              James P. Jones, USDJ
            Deputy Clerk:       Lottie Lunsford
            Court Reporter:     Donna Prather, OCR
            U. S. Attorney:     Randy Ramseyer, Daniel Bubar, Albert Mayer, Matthew Lash
            USPO:               Sumer Taylor-Sargent
            Case Agent:         N/A
            Interpreter:        N/A

**PROCEEDINGS:**

Misdemeanor Information filed.
Plea Agreement filed with court.
Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
Defendant arraigned as to Count One.
Defendant placed under oath. Court questions defendant regarding his physical and mental condition, and advises defendant of his rights, and the nature and possible consequences of plea.
Court accepts plea of guilty.
Government summarizes evidence to support plea and rests.
Court finds defendant guilty as charged in Count One.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|--------|--------|------------|------|---------|
| 1 | Ct. 1 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

Court orders Presentence Report.
Defendant placed on Unsecured $50,0000.00 bond and conditions of release
Sentencing hearing scheduled for 9/29/2020 at 2:30 p. m. before James P. Jones, USDJ.