# EXHIBIT 10

## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

## CRIMINAL MINUTES – INITIAL APPEARANCE AND GUILTY PLEA HEARING
## FOR CRIMINAL INFORMATION

**Case No.: 1:20CR32**                                                **Date: 8/31/20**

---

**Defendant: Timothy Baxter via Video Conference**          **Counsel: Brandon Moss, Ralph Caccia and Kevin Mulendorf, retained, via Video Conference**

---

TIME IN COURT: 10:35 - 11:08 a.m.                    Total: 33 minutes
PRESENT:        JUDGE:                  James P. Jones via Video Conference
                Deputy Clerk:           Felicia Clark via Video Conference
                Court Reporter:         Mary Butenschoen via Video Conference
                U. S. Attorney:         Randy Ramseyer, Daniel Bubar, Albert Mayer, Matt Lash via Video Conference
                USPO:                   Sumer Taylor-Sargent via Teleconference

**PROCEEDINGS:**

**\*Defendant consented to appear via video conference\***

*Pro Hac Vice Motion (DE 7) on behalf of Ralph Caccia is granted.

☒       Misdemeanor Information filed.
☒       Plea Agreement filed with court.
☒       Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings.
☒       Defendant arraigned as to Count 1 of the Misdemeanor Information.
☒       Defendant placed under oath.  Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒       Court accepts plea of guilty, but defers acceptance of the plea agreement pending completion of the PSR.
☒       Government summarizes evidence to support plea and rests.
☒       Court finds defendant guilty as charged in Count 1 of the Misdemeanor Information.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Count 1 of the Misdemeanor Information | | | |

☒       Court orders Presentence Report.
☒       Defendant placed on $5,000.00, unsecured bond.
☒       Sentencing hearing scheduled for December 17, 2020 at 10:30 a.m. in Abingdon, VA before Judge James P. Jones.

In addition to the standard conditions of release, the following special conditions of release are imposed:

(a)  The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.

(b)  The defendant shall report as directed by the probation officer, shall follow the direction of the probation officer; shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant.  The defendant shall continue to reside at his/her current residence and shall not change residences without the permission of the probation officer.

(c) The defendant shall abstain from the excessive use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.

(d) The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.

(e) The defendant shall submit to random routine drug and or alcohol testing as directed by the probation officer.

(f) The defendant shall not travel outside the Western District of Virginia except for travel to and from his attorney's office, to attend court proceedings or to travel to his employer's office in Morristown, New Jersey without first obtaining permission from the probation officer.

(g) The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determine if he/she is in compliance with his/her conditions of pretrial release.

(h) The defendant shall actively seek and/or maintain employment.

(i) The defendant shall not associate with any known users/possessors/distributors or manufacturers of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used, possessed, manufactured and/or distributed, unless approved by the supervising officer in cooperation with law enforcement officers.

(j) The defendant shall restrain any animals on the premises of his/her residence in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.

(k) If the defendant possesses a passport, he/she shall surrender his/her passport to the U.S. Probation Office to be held pending further order of the court; if the defendant does not currently possess a passport, the defendant shall not apply to obtain a passport.

.