EXHIBIT A-3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL VAN DORP, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INDIVIOR PLC, SHAUN THAXTER, MARK CROSSLEY, and CARY J. CLAIBORNE,<br><br>Defendants. | Case No. . 2:19-cv-10792-ES-ESK<br><br>CLASS ACTION |

## SUMMARY NOTICE OF PENDENCY AND
## PROPOSED SECURITIES CLASS ACTION SETTLEMENT

**TO: ALL PERSONS WHO PURCHASED OR ACQUIRED ANY PUBLICLY-TRADED SECURITIES OF INDIVIOR PLC LISTED ON A DOMESTIC EXCHANGE IN THE UNITED STATES, INCLUDING AMERICAN DEPOSITORY RECEIPTS OF INDIVIOR PLC, OR OTHERWISE ACQUIRED SECURITIES OF INDIVIOR PLC IN A DOMESTIC TRANSACTION IN THE UNITED STATES, BETWEEN MARCH 10, 2015 THROUGH APRIL 9, 2019, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of New Jersey, that a hearing will be held on _____, 2021, at __:__ _.m. before the Honorable Esther Salas, United States District Judge of the District of New Jersey, 50 Walnut Street, Courtroom MLK 5A, Newark, New Jersey 07102 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $2,000,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for attorneys' fees of up to one-third of the

Settlement Amount ($666,666,67) plus a proportionate share of interest accrued on the Settlement Amount, Lead Counsel's reimbursement of litigation expenses incurred of not more than $35,000, and Award to Lead Plaintiff of not more than $5,000, should be approved; and (4) whether the Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement, dated February 8, 2021 (the "Settlement Stipulation"). The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you purchased or otherwise acquired any publicly-traded securities of Indivior listed on a domestic exchange in the United States, including any American Depositary Receipts ("ADRs") of Indivior, or otherwise acquired securities of Indivior in a domestic transaction in the United States, between March 10, 2015 through April 9, 2019, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Indivior securities. You may obtain copies of the detailed Notice of Pendency and Proposed Settlement of Securities Class Action ("Notice") and the Proof of Claim and Release Form by writing to or calling the Claims Administrator: Indivior PLC Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit your Proof of Claim and Release Form online at www.strategicclaims.net/Indivior/. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than _____, 2021 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

EXHIBIT A-3

If you are a Settlement Class Member and desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____, 2021, in the manner and form explained in the detailed Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection by a Settlement Class Member to the Settlement, Plan of Allocation, Lead Counsel's requests for an award to Lead Counsel of attorneys' fees and reimbursement of expenses and Award to Lead Plaintiff must be in the manner and form explained in the detailed Notice and received no later than _____, 2021, by each of the following:

Clerk of the Court
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

| LEAD COUNSEL: | COUNSEL FOR DEFENDANTS: |
|---|---|
| THE ROSEN LAW FIRM, P.A.<br>Daniel Tyre-Karp<br>275 Madison Avenue<br>40th Floor<br>New York, NY 10016 | COVINGTON & BURLING LLP<br>Mark P. Gimbel<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405 |

If you have any questions about the Settlement, you may call or write to Lead Counsel:

THE ROSEN LAW FIRM, P.A.
Daniel Tyre-Karp
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
dtyrekarp@rosenlegal.com

EXHIBIT A-3

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____, 2021

_____
BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY