In re: Sundial Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
Media, PA 19063

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

Case No. 2:19-cv-10792 (D.N.J.)

Case Pending in the United States District Court for the District of New Jersey

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

*You may be entitled to a payment. This Notice may affect your legal rights.*

*Please read it carefully.*

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET/INDIVIOR/ OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

The U.S. District Court for the District of New Jersey (the "Court") has preliminarily approved a proposed Settlement of claims against Indivior PLC ("Indivior"), Shaun Thaxter, Mark Crossley, and Cary J. Claiborne (collectively, the "Defendants"). The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the federal securities laws, Defendants allegedly made misrepresentations and/or omissions of material fact in various public statements to the investing public concerning Indivior's legal and regulatory compliance with the promotion of Suboxone Film. Defendants deny the allegations.

You received this notice because you may have purchased or otherwise acquired any publicly-traded securities of Indivior listed on a domestic exchange in the United States, including American Depositary Receipts ("ADRs") of Indivior, or otherwise acquired securities of Indivior in a domestic transaction in the United States, between March 10, 2015 and April 9, 2019, inclusive, and you may be a Settlement Class Member. The Settlement provides that, in exchange for the dismissal and release of claims against Defendants, a fund consisting of $2,000,000, less attorneys' fees and expenses, will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Claim Forms"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation and Agreement of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Securities Class Action ("Notice") and Claim Form by visiting the website: www.strategicclaims.net/Indivior/. You may request copies of the Notice and Claim Form by: (1) mail: Indivior PLC Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) call toll-free: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.strategicclaims.net. CLAIM FORMS ARE DUE BY \_\_\_\_ \_\_, 2021 TO INDIVIOR PLC. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST, STE 205, MEDIA, PA 19063 or submitted electronically at www.strategicclaims.net/Indivior/. If you do not want to be legally bound by the Settlement, you must exclude yourself by \_\_\_\_ \_\_, 2021. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____ \_\_, 2021. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on _____ \_\_, 2021 at \_\_:\_\_ \_.m. at 50 Walnut Street, Courtroom MLK 5A, Newark, New Jersey 07102, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for up to one-third of the Settlement Fund for their attorneys' fees, plus up to $35,000 in expenses, and Award to Lead Plaintiff of no more than $5,000 for litigating the cases and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. For more information, call toll-free 1-866-274-4004, or visit the website www.strategicclaims.net.