UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL VAN DORP, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>INDIVIOR PLC, SHAUN THAXTER, MARK CROSSLEY, and CARY J. CLAIBORNE,<br><br>     Defendants. | Case No. 2:19-cv-10792 (ES) (ESK)<br><br><br>**DECLARATION OF ANDERS LINDEROT** |

I, ANDERS LINDEROT, hereby declare:

1.      I am an associate at Covington & Burling LLP, which represents Defendants Indivior PLC ("Indivior"), Shaun Thaxter, Mark Crossley, and Cary J. Claiborne (collectively, "Defendants") in this action.

2.      In accordance with paragraph 5.3 of the parties' Stipulation and Agreement of Settlement, ECF No. 42-1, on February 18, 2021, acting on behalf of Defendants, I caused the notice required by the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 *et seq.*, attached hereto as Exhibit A, to be served on the federal and state officials listed therein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 16, 2020

Anders Linderot

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, a true and correct copy of the foregoing document was served by CM/ECF on the parties registered to the Court's CM/ECF system.

/s/ *David A. Luttinger, Jr.*