# Exhibit A

# COVINGTON

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Mark Gimbel

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1161
mgimbel@cov.com

**By U.S. Priority Mail Express**                              February 18, 2021

TO: ALL RECIPIENTS LISTED IN APPENDIX A

**Re:  *Van Dorp v. Indivior PLC et al.*, No. 2:19-cv-10792-ES-ESK (D.N.J.)**

Dear Sir or Madam:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Indivior, Inc. ("Indivior"), Shaun Thaxter, Mark Crossley and Cary J. Claiborne (collectively, "Defendants") hereby provide notice of the proposed class action settlement reached between Lead Plaintiff Michael Van Dorp, ("Lead Plaintiff") and Defendants in *Van Dorp v. Indivior PLC et al.*, No. 2:19-cv-10792-ES-ESK (the "Action") pending in the United States District Court for the District of New Jersey (the "Court").

The Action was brought by Lead Plaintiff on behalf of a putative class of investors who purchased or otherwise acquired Indivior securities on a domestic exchange in the United States, including American Depository Receipts ("ADRs") of Indivior, or otherwise acquired securities of Indivior in a domestic transaction in the United States, between March 10, 2015 and April 9, 2019, both dates inclusive (the "Class Period").  Lead Plaintiff alleges, *inter alia*, that Defendants violated federal securities laws by allegedly making or permitting misrepresentations and/or omissions of material fact in various public statements concerning Indivior's legal and regulatory compliance, its promotion of Suboxone Film, and a related investigation which resulted in the U.S. Department of Justice filing criminal charges against the Company and certain executives. Defendants deny Lead Plaintiff's allegations and are entering into the settlement, without any admission of liability whatsoever, in order to avoid the expense, distraction, and uncertainty of further litigation.

On February 8, 2021, Lead Plaintiff and Defendants executed a stipulation and agreement of settlement (the "Stipulation") that sets forth the terms of a proposed settlement of the Action. On February 9, 2021, the Stipulation was filed with the Court, together with Plaintiffs' Notice of Motion and Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures (the "Motion for Preliminary Approval").

The Motion for Preliminary Approval and Stipulation propose that the Court certify the following settlement class (the "Settlement Class," consisting of "Settlement Class Members"):

> all persons and entities who purchased or otherwise acquired any
> publicly-traded securities of Indivior listed on a domestic exchange
> in the United States or otherwise acquired securities of Indivior in
> a domestic transaction in the United States, including (without

**COVINGTON**

February 18, 2021
Page 2

limitation) all purchasers of Indivior ADRs, during the Settlement Class Period. Excluded from the Settlement Class are Defendants and their immediate families, the officers, and directors of Indivior at all relevant times, their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest. Also excluded from the Settlement Class are those persons who file valid and timely requests for exclusion in accordance with the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") and persons with no compensable damages.

Pursuant to the notice provisions of CAFA, 28 U.S.C. § 1715(b), Defendants provide the following information regarding the proposed settlement. Relevant documents, where available, are included on the enclosed CD-ROM.

1. The original Class Action Complaint in this Action was filed on April 23, 2019, by Lead Plaintiff Michael Van Dorp and is provided as Tab 1 on the CD-ROM.

2. The Court appointed Van Dorp as Lead Plaintiff on July 30, 2019, and Lead Plaintiff filed the Amended Class Action Complaint on September 30, 2019. The Amended Class Action Complaint is provided as Tab 2 on the CD ROM.

3. The Stipulation was filed with the Court on February 9, 2021. The Stipulation, along with all accompanying exhibits, is provided as Tab 3 on the CD-ROM. The Proposed Order Granting Motion for Preliminary Approval of Class Action Settlement was filed on February 9, 2021, as an exhibit to the Stipulation. This Proposed Order, along with all accompanying exhibits, is provided as Tab 4 on the CD-ROM.

4. The proposed forms of notification to Settlement Class Members, consisting of (i) the Notice of Pendency and Proposed Settlement of Securities Class Action (the "Notice") and (ii) the Summary Notice of Pendency and Proposed Settlement of Class Action (the "Summary Notice"), are provided as Tabs 5 and 6 on the CD-ROM. If the Motion for Preliminary Approval is granted, the Claims Administrator, Strategic Claims Services, will be required to send the Notice to all Settlement Class Members who may be identified through reasonable effort and to publish the Summary Notice on a national business newswire.

5. The Court has set the Motion for Preliminary Approval for March 15, 2021. The Court has instructed that, unless otherwise directed by the Court, the Motion for Preliminary Approval will be decided on the papers, and no appearances are required.

6. Plaintiffs and Defendants entered into a separate supplemental agreement permitting Defendants to terminate the Stipulation if the collective number of Indivior securities purchased during the Class Period by Settlement Class Members who timely and validly request exclusion from the Settlement Class exceeds a specified number. This supplemental agreement is provided as Tab 7 on

**COVINGTON**

February 18, 2021
Page 3

the CD-ROM.  The number is redacted in the version provided.  ***This supplemental agreement is strictly confidential, and Defendants request that it be treated as such under applicable federal or state open records laws.***

7.  No final judgment or notice of dismissal has yet been entered.  The Proposed Order and Judgment (which also is an exhibit to the Stipulation) is provided as Tab 8 on the CD-ROM.

8.  Defendants do not currently have access to information sufficient to identify and provide the names of Settlement Class Members who reside in each state, or to make a reasonable estimate of the number of Settlement Class Members residing in each state.  Because the Action is a securities class action, the Settlement Class is likely to be national in scope and consists of most persons or entities who purchased or otherwise acquired a legal or beneficial ownership interest in Indivior ADRs during the Class Period.  A complete list of such persons and entities does not exist, because many Indivior securities are held in street name.  However, the Proposed Order Granting Motion for Preliminary Approval of Class Action Settlement contains provisions for disseminating notice through various means including mailing of notice to record holders and publication.  It is also not possible at this time to provide the estimated proportionate share of the claims of Settlement Class Members residing in any state to the entire settlement.  Much of this information may become available to Plaintiff's counsel and the Claims Administrator if the Settlement Class Members submit proofs of claims.  The proposed form of Notice includes an estimate, supplied by Plaintiffs' counsel, that the average recovery per participating share will be approximately $0.37 (before the deduction of any Court-approved fees, expenses, and costs), depending on the number of eligible shares that participate in the settlement and at what price those shares were purchased and acquired or sold.

9.  No written judicial opinions relating to the settlement exist as of the date of this letter.

If you have any questions about this notice, the Action, or the enclosed materials, please contact me at 212-841-1161.

Respectfully,

*/s/ Mark. P. Gimbel*

Mark P. Gimbel
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

*Counsel for Defendants*

**COVINGTON**

February 18, 2021
Page 4


(Enclosure)

cc:    Laurence Rosen, Esq. (by email)
       Daniel Tyre-Karp, Esq. (by email)
       *Counsel for Lead Plaintiff*

**APPENDIX A**
**CAFA Notice Recipients**
*Michael Van Dorp v. Indivior PLC et al.*
**No. 12:19-cv-10792-ES-ESK (D.N.J.)**

| | |
|---|---|
| U.S. ATTORNEY GENERAL | Attorney General Monty Wilkinson<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| ALABAMA | Attorney General Steve Marshall<br>501 Washington Avenue<br>Montgomery, AL 36104 |
| ALASKA | Attorney General Treg R. Taylor<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| ARIZONA | Attorney General Mark Brnovich<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-2926 |
| ARKANSAS | Attorney General Leslie Rutledge<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2600 |
| CALIFORNIA | Attorney General Xavier Becerra<br>ATTN: CAFA Coordinator<br>Consumer Protection Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-3610 |
| COLORADO | Attorney General Phil Weiser<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| CONNECTICUT | Attorney General William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 |
| DELAWARE | Attorney General Kathy Jennings<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE 19801 |

1

| | |
|---|---|
| DISTRICT OF COLUMBIA | Attorney General Karl A. Racine<br>441 4th Street, NW<br>Suite 1100 South<br>Washington, DC 20001 |
| FLORIDA | Attorney General Ashley Moody<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 |
| GEORGIA | Attorney General Christopher M. Carr<br>40 Capitol Square, SW<br>Atlanta, GA 30334 |
| HAWAII | Attorney General Clare E. Connors<br>425 Queen Street<br>Honolulu, HI 96813 |
| IDAHO | Attorney General Lawrence G. Wasden<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, Idaho 83720-0010 |
| ILLINOIS | Attorney General Kwame Raoul<br>500 South Second Street<br>Springfield, IL 62701 |
| INDIANA | Attorney General Curtis T. Hill, Jr.<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 |
| IOWA | Attorney General Tom Miller<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA 50319 |
| KANSAS | Attorney General Derek Schmidt<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612 |
| KENTUCKY | Attorney General Daniel Cameron<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601-3449 |

2

| LOUISIANA | Attorney General Jeff Landry<br>P.O. Box 94005<br>Baton Rouge, LA 70804-4095 |
|---|---|
| MAINE | Attorney General Aaron Frey<br>6 State House Station<br>Augusta, ME 04333 |
| MARYLAND | Attorney General Brian Frosh<br>200 St. Paul Place<br>Baltimore, MD 21202 |
| MASSACHUSETTS | Attorney General Maura Healey<br>ATTN: CAFA Coordinator/Gen. Counsel's Office<br>One Ashburton Place<br>Boston, MA 02108-1518 |
| MICHIGAN | Attorney General Dana Nessel<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909 |
| MINNESOTA | Attorney General Keith Ellison<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131 |
| MISSISSIPPI | Attorney General Lynn Fitch<br>P.O. Box 220<br>Jackson, MS 39201 |
| MISSOURI | Attorney General Eric Schmitt<br>Supreme Court Building<br>207 W. High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| MONTANA | Attorney General Tim Fox<br>Justice Building, Third Floor<br>215 North Sanders St.<br>P.O. Box 201401<br>Helena, MT 59620-1401 |

| | |
|---|---|
| NEBRASKA | Attorney General Doug Peterson<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509 |
| NEVADA | Attorney General Aaron D. Ford<br>100 North Carson Street<br>Carson City, NV 89701-4717 |
| NEW HAMPSHIRE | Attorney General Gordon J. MacDonald<br>33 Capitol Street<br>Concord, NH 03301-6310 |
| NEW JERSEY | Attorney General Gurbir Singh Grewal<br>RJ Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080 |
| NEW MEXICO | Attorney General Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| NEW YORK | Attorney General Letitia James<br>Attn: CAFA Coordinator<br>28 Liberty St., 15th Fl.<br>New York, NY 10005 |
| NORTH CAROLINA | Attorney General Josh Stein<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| NORTH DAKOTA | Attorney General Wayne Stenehjem<br>600 E. Boulevard Ave. Dept. 125<br>Bismarck, ND 58505-0040 |
| OHIO | Attorney General Dave Yost<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| OKLAHOMA | Attorney General Mike Hunter<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |

| OREGON | Attorney General Ellen Rosenblum<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301-4096 |
|---|---|
| PENNSYLVANIA | Attorney General Josh Shapiro<br>393 Walnut Street<br>Harrisburg, PA 17120 |
| RHODE ISLAND | Attorney General Peter F. Neronha<br>150 South Main Street<br>Providence, RI 02903-2907 |
| SOUTH CAROLINA | Attorney General Alan Wilson<br>P.O. Box 11549<br>Columbia, SC 29211-1549 |
| SOUTH DAKOTA | Attorney General Jason Ravnsborg<br>1302 E. Hwy 14<br>Suite 1<br>Pierre, SD 57501-8501 |
| TENNESSEE | Attorney General Herbert H. Slatery III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| TEXAS | Attorney General Ken Paxton<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| UTAH | Attorney General Sean D. Reyes<br>Utah State Capitol Complex<br>350 North State Street Suite 230<br>Salt Lake City, UT 84114-2320 |
| VERMONT | Attorney General T.J. Donovan<br>109 State Street<br>Montpelier, VT 05609-1001 |
| VIRGINIA | Attorney General Mark R. Herring<br>202 North Ninth Street<br>Richmond, VA 23219 |

| | |
|---|---|
| WASHINGTON | Attorney General Bob Ferguson<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| WEST VIRGINIA | Attorney General Patrick Morrisey<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25305 |
| WISCONSIN | Attorney General Josh Kaul<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| WYOMING | Attorney General Bridget Hill<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY 82002-3644 |
| AMERICAN SAMOA | Attorney General Fainu'ulei Falefatu<br>    Ala'ilima-Utu<br>Executive Office Building - 3rd Floor<br>Territory of American Samoa<br>Pago Pago, AS 96799 |
| GUAM | Attorney General Leevin Taitano Camacho<br>ITC Bldg.<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 |
| NORTHERN MARIANA ISLANDS | Attorney General Edward E. Manibusan<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950-8907 |
| PUERTO RICO | Secretary of Justice Inés Del C. Carrau<br>    Martínez<br>P.O. Box 902192<br>San Juan, PR 00902-0192 |
| VIRGIN ISLANDS | Attorney General Denise N. George<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 |

6

| THE MARSHALL ISLANDS | Attorney General for the Republic of the Marshall Islands<br>P.O. Box 890<br>Majuro, MH 96960 |
| --- | --- |
| PALAU | Attorney General for Palau<br>P.O. Box 1365<br>Koror, PW 96940 |
| FEDERATED STATES OF MICRONESIA | Secretary, Dept. of Justice for the Federated States of Micronesia<br>P.O. Box P.S. 105<br>Palikir, Pohnpei State, FM 96941 |