**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the proposed Class*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL VAN DORP, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 2:19-cv-10792-ES-ESK |
| Plaintiff, | CLASS ACTION |
| v. | Motion Day: March 15, 2021 |
| INDIVIOR PLC, SHAUN THAXTER, MARK CROSSLEY, AND CARY J. CLAIBORNE, | Hon. Esther Salas |
| Defendants. | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

Lead Plaintiff Michael Van Dorp ("Lead Plaintiff") submits this notice of non-opposition to his Motion For Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures (the "Preliminary Approval Motion") (Dkt. No. 42). The Preliminary Approval Motion was filed on February 9, 2021 and noticed for the March 15, 2021 Motion Day. Thus, the deadline to oppose the Preliminary Approval Motion was March 1, 2021. To date, no opposition has been filed.

The Preliminary Approval Motion is therefore unopposed. Accordingly, the Court should grant the motion so that notice of the settlement can be issued to Class Members and the settlement can proceed to the final approval stage where the merits of the settlement will be weighed by the Court to determine whether the settlement is fair, reasonable, and adequate (the "Final Approval Hearing").[1] Courts in the District of New Jersey regularly approve similar unopposed motions for preliminary approval expeditiously and without a hearing. *See e.g, Davis v. Katanga Mining Limited, et al.*, Case No. 2:17-cv-12188-CCC-JBC (D.N.J.) (Dkt. No. 90); *Balon v. Agria Corporation, et al.*, Case No. 2:16-cv-08376-SDW-LDW (D.N.J.) (Dkt. No. 29); *Carmack, et al., v. Amaya Inc., et al.*, Case No. 1:16-cv-01884-JHR-JS (D.N.J.)

---

[1] As set forth in Lead Plaintiff's brief in support of the Preliminary Approval Motion, the Court should set a date for the Final Approval Hearing to occur approximately 100 days from entry of the order granting the Preliminary Approval Motion. (Dkt. No. 43, page 27). This will allow sufficient time for notices to be disseminated to class members and for class members to file any objections or requests for exclusions.

1

(Dkt. No. 144); *Omanoff, et al., v. Patrizio & Zhao LLC, et al.*, Case No. 2:14-cv-00723-MCA-LDW (D.N.J.) (Dkt. No. 53); *In re Akers Biosciences, Inc. et al.*, Case No. 2:18-cv-10521-ES-CLW (D.N.J.) (Dkt. No. 40); *Pepe v. Cocrystal Pharma, Inc., et al.,* Case No. 2:18-cv-14091-KM-JBC (Dkt. No. 76); *Allen v. PixarBio Corporation, et al.*, Case No. 2:17-cv-00496-CCC-SCM (Dkt. No. 135).

Dated:  May 11, 2021

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

and

Daniel Tyre-Karp (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: dtyrekarp@rosenlegal.com

*Lead Counsel for Lead Plaintiff and
the proposed Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Laurence M. Rosen