# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL VAN DORP, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiff,<br>　v.<br><br>INDIVIOR PLC, SHAUN THAXTER, MARK CROSSLEY, AND CARY J. CLAIBORNE<br><br>　　　　　Defendants. | Case No. 2:19-cv-10792-ES-ESK<br><br>CLASS ACTION<br><br>**LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Motion Day: January 6, 2022<br><br>Hon. Esther Salas |

PLEASE TAKE NOTICE that pursuant to the Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (ECF No. 48), on January 6, 2022, at 11:00 a.m., Lead Counsel The Rosen Law Firm, P.A. ( "Lead Counsel")[1] will, and hereby does, apply to the Honorable Esther Salas, United States District Judge of the United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5A Newark, NJ 07101, for entry of an Order: (i) granting final approval of the Settlement in the above-captioned action on the term set forth in the Stipulation; and (ii) approve the proposed Plan of Allocation for distribution of the Net Settlement Fund.

In support of this motion, Lead Plaintiff relies on the concurrently filed Memorandum of Law; Declaration of Laurence Rosen in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and records on file in this Action; and other such matters as the Court may consider.

---

[1] All capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement, dated February 8, 2021 (the "Stipulation," ECF No. 42-1).

1

DATED: December 9, 2021          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
*/s/ Laurence M. Rosen*
Laurence M. Rosen
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399

Daniel Tyre-Karp
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

*Counsel for Lead Plaintiff and the Class*

Case 2:19-cv-10792-ES-ESK   Document 51   Filed 12/09/21   Page 4 of 4 PageID: 2592

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 9, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the District of New Jersey using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                         */s/ Laurence M. Rosen*
                                         Laurence M. Rosen

3