# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL VAN DORP, Individually And On Behalf Of All Others Similarly Situated, | Case No. 2:19-cv-10792-ES-ESK |
| Plaintiff, | CLASS ACTION |
| v. | |
| INDIVIOR PLC, SHAUN THAXTER, MARK CROSSLEY, and CARY J. CLAIBORNE, | |
| Defendants. | |

## DECLARATION OF LEAD PLAINTIFF AND
## CLASS REPRESENTATIVE MICHAEL VAN DORP

I, Michael Van Dorp, declare as follows:

1.      This I am the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action").[1] I respectfully submit this declaration in support of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Class in the prosecution of this Action.

2.      I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify to these matters

3.      I am currently an account manager for a tooling manufacturer.

4.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u, and I have discharged those duties to the best of my ability.

5.      I have been actively involved in the prosecution of this case since I filed the initial complaint on April 23, 2019. ECF No. 1. I moved to serve as Lead Plaintiff in the Action on June 24, 2019 (ECF No. 5), and the Court appointed me to serve as Lead Plaintiff on July 30, 2019 (ECF No. 12).

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated February 8, 2021. ECF No. 42-1.

1

6.      In fulfillment of my responsibilities as Lead Plaintiff on behalf of the members of the Class in this Action, I have worked closely with Lead Counsel regarding all aspects of the litigation and the resolution of this case.

7.      Throughout the litigation, I received periodic status reports from Lead Counsel on case developments and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement. In particular, throughout the course of this Action, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as litigation strategy; (b) reviewed all significant pleadings and briefs filed in the Action; (c) reviewed Court orders and discussed them with my attorneys; (d) consulted with my attorneys regarding the settlement negotiations; and (e) evaluated and approved the proposed Settlement.

8.      I believe that I fulfilled my fiduciary duty to Class Members to work with counsel to make sure the Class received fair and adequate representation. I have done my best to vigorously promote the interests of the Class and to obtain the largest recovery possible under the circumstances, and I do believe that the Settlement confers the best result possible under all of the circumstances.

9.      I understand that the PSLRA, 15 U.S.C. § 78u-4(a)(4), provides for the reimbursement of costs and expenses (including lost wages) incurred or

2

otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation.

10.    In fulfillment of my responsibilities as Lead Plaintiff, as discussed in ¶7 above, I conservatively estimate that I devoted at least 20 hours of time to this litigation. The time that I devoted to the representation of the Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me.

11.    I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlement for the Class.

12.    Accordingly, I respectfully request that the Court approve a payment to me in the amount of $5,000 as reimbursement for the time spent, and efforts I made, on behalf of the Class. It is my belief that this request for reimbursement is fair and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this ___12/7/2021___ day of December, 2021 in Rockford, Michigan.

DocuSigned by:

_Michael Van Dorp_
387E5DB415BB403...
Michael Van Dorp

3