**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL VAN DORP, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INDIVIOR PLC, SHAUN THAXTER, MARK CROSSLEY, and CARY J. CLAIBORNE,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-10792-ES-ESK<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG**
**CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Margery Craig, declare as follows:

1.　　　I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over fourteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over four-hundred fifty (450) class action cases since its inception. Pursuant to the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement, dated September 16, 2021 (the "Preliminary Approval Order"), SCS was appointed and approved as Claims Administrator in connection with the Settlement of the above-captioned action.[1] I submit this Declaration in order to provide the Court and the Parties information regarding the mailing of the Postcard Notice to potential Settlement Class Members, as well as updates concerning other

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated February 8, 2021 (the "Stipulation").

aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## UPDATE ON MAILING OF POSTCARD NOTICE

2.      As noted in the Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated December 9, 2021 (the "Craig Declaration"), SCS mailed or emailed 2,236 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. SCS then mailed 8,853 Postcard Notices to potential Settlement Class Members or nominees. Additionally, as noted in the Craig Declaration, a direct link from the settlement webpage for the Long Notice and Claim Form was sent by email from one of the nominees to 1,558 of their clients. Since the Craig Declaration was filed, no additional Postcard Notices were mailed and no additional links of the Long Notice and Claim Form were emailed due to responses from Nominee Account Holders and Institutional Groups. In total 10,411 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a link of the Long Notice and Claim Form.

## UPDATE ON TOLL-FREE PHONE LINE

3.      SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Long Notice and Claim Form. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## UPDATE ON SETTLEMENT WEBPAGE

4.      The Craig Declaration also noted that on September 23, 2021, SCS established a webpage on its website at www.strategicclaims.net/indivior. The webpage is accessible 24 hours

2

a day, 7 days a week and contains a current status; case deadlines; the online claim filing link; and important documents. SCS continues to maintain the webpage.

### UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

5.    The Postcard Notice, Long Notice, Summary Notice, and settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than December 16, 2021.  SCS has been monitoring all mail delivered for this case.  As of the date of this Declaration, SCS has received no exclusion requests.

6.    According to the Long Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an Award to Lead Plaintiff must have been submitted to Lead Counsel and Counsel for Defendants, as well as filed with the Clerk of the Court, no later than December 16, 2021.  As of the date of this Declaration, SCS has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of December 2021, in Media, Pennsylvania.

_____

Margery Craig

3