# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

# NEWARK

## Minutes of Proceedings

**Judge:**  **Esther Salas**          D̲ate: January 6, 2022

Court Reporter:  Mary Jo Monteleone

Deputy Clerk: Elisaveta kalluci

                                    Docket # **Cv. 19-cv-10792(ES)(ESK)**

**Title of the Case**

VAN DORP v. INDIVIOR PLC et al

**Appearances:**

Laurence Rosen, Esq., & Daniel Tyre-Kaip, Esq., for plaintiffs.
Mark Gimbel, Esq., & David Luttinger, Esq., for defendants.

**Nature of Proceedings:**       ZOOM FINAL APPROVAL OF SETTLEMENT HEARING

Oral argument on Plaintiff's [49] Motion for the Final Approval of
Settlement and [51] Motion for Attorney Fees and Reimbursement of
Litigation Expenses.
No objectors were present during this hearing conducted by Zoom.
Ordered Motions GRANTED.
Orders to be filed.

Time Commenced: 11:05 a.m.
Time Adjourned: 12:15 p.m.
Total Time: 1.10 min                          Elisaveta Kalluci
                                              Courtroom Deputy