**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL VAN DORP, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INDIVIOR PLC, SHAUN THAXTER, MARK CROSSLEY, and CARY J. CLAIBORNE,<br><br>Defendants. | Case No. 2:19-cv-10792-ES-ESK<br><br>CLASS ACTION<br><br>Motion Day: April 17, 2023<br><br>Hon. Esther Salas |

## NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS

**PLEASE TAKE NOTICE** that Lead Plaintiff Michael Van Dorp, through

Lead Counsel, hereby moves this Court for entry of the accompanying [Proposed]

Order Granting Motion for Distribution of Class Action Settlement Funds.

1

This motion is based on this Notice of Motion; the memorandum of law in support thereof; the Declaration of Margery Craig in Support of Lead Plaintiff's Motion for Order Distribution of Class Action Settlement Funds, and the exhibits thereto; and all other pleadings and matters of record and such additional evidence or arguments as may be presented at the hearing.

A proposed order is submitted herewith.

Dated: March 21, 2023                    Respectfully Submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         By: /s/ *Laurence M. Rosen*
                                         Laurence M. Rosen
                                         One Gateway Center, Suite 2600
                                         Newark, NJ 07102
                                         Tel: (973) 313-1887
                                         Fax: (973) 833-0399
                                         Email: lrosen@rosenlegal.com

                                         and

                                         Daniel Tyre-Karp (pro hac vice)
                                         275 Madison Avenue, 40th Floor
                                         New York, NY 10016
                                         Tel: (212) 686-1060
                                         Fax: (212) 202-3827
                                         Email: dtyrekarp@rosenlegal.com

                                         *Lead Counsel for Lead Plaintiff and the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence Rosen*
Laurence Rosen

3